[No. 15683-7-I.   Division One.   June 2, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOHN MCQUARRIE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00412-1, Stuart C. French, J., entered October 25, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Ringold, J.

[No. 14447-2-I.   Division One.   June 2, 1986.]

DIAMOND PARKING, INC., *Appellant*, v. DAVID
M. SCHUMAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-09807-8, Richard M. Ishikawa, J., entered February 14, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.

[No. 7620-9-II.   Division Two.   June 3, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. BOB
ALLEN FREUND, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 83-1-00598-1, Robert L. Harris, J., entered February 24, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.